# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| FALL LINE PATENTS, LLC, § <br> Plaintiff, § <br> v. § <br> AMERICAN AIRLINES GROUP INC., § <br> ET AL., § <br> § <br> Defendants. § <br> § | Case No. 6:17-CV-202 <br> (Consolidated Lead Case) <br><br> JURY TRIAL DEMANDED |
| FALL LINE PATENTS, LLC, § <br> Plaintiff, § <br> v. § <br> Cinemark Holdings, Inc. and § <br> Cinemark USA, Inc., § <br> Defendants. § <br> § | Case No. 6:17-cv-00203 <br> (CONSOLIDATED WITH <br> CASE NO. 6:17-CV-00202) <br> JURY TRIAL DEMANDED |
| FALL LINE PATENTS, LLC, § <br> Plaintiff, § <br> v. § <br> CHOICE HOTELS INTERNATIONAL, § <br> INC. § <br> Defendants. § | Case No. 6:17-cv-00407 <br> (CONSOLIDATED WITH <br> CASE NO. 6:17-CV-00202) <br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL OF CINEMARK HOLDINGS, INC. AND CINEMARK USA, INC.

In light of the settlement agreement between Plaintiff Fall Line Patents LLC ("Fall Line") and Defendants Cinemark Holdings, Inc. and Cinemark USA, Inc. ("Cinemark") and the parties' joint motion to dismiss Cinemark, it is hereby **ORDERED** that all claims and counterclaims made by Fall Line against Cinemark in this action are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all claims and counterclaims made by Cinemark against Fall Line are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees and costs. The member case involving Cinemark (Case No. 6:17-cv-203) is **DISMISSED**.

**SIGNED** this 14th day of February, 2018.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE